```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :    INDICTMENT
                                   :
         - v. -                    :    S1 14 Cr. 167 (NRB)
                                   :
JAMAL SMALLS,                      :
   a/k/a "Poo Black,"              :
   a/k/a "Mack,"                   :
COREY HARRISON, and                :
   a/k/a "Boo Banger,"             :
                                   :
               Defendants.         :
                                   :
- - - - - - - - - - - - - - - - - x
```

ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/25/14

COUNT ONE

The Grand Jury charges:

1.  From at least in or about 2012, up through and including in or about January 2013, in the Southern District of New York and elsewhere, JAMAL SMALLS, a/k/a "Poo Black," a/k/a "Mack," and COREY HARRISON, a/k/a "Boo Banger," the defendants, and others known and unknown, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.  It was a part and an object of the conspiracy that JAMAL SMALLS, a/k/a "Poo Black," a/k/a "Mack," and COREY HARRISON, a/k/a "Boo Banger," the defendants, and others known and unknown, would and did distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substances that JAMAL SMALLS, a/k/a "Poo Black," a/k/a "Mack," and COREY HARRISON, a/k/a "Boo Banger," the defendants, conspired to distribute and possess with the intent to distribute were: (i) 280 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," (ii) one kilogram and more of mixtures and substances containing a detectable amount of heroin, and (iii) 5 kilograms and more of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A).

## Overt Acts

4. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

    a. On or about October 16, 2012, COREY HARRISON, a/k/a "Boo Banger," the defendant, had a telephone conversation with a co-conspirator not named as a defendant herein ("CC-1") during which they discussed HARRISON physically assaulting another individual who owed CC-1 a debt for narcotics.

    b. On or about October 27, 2012, JAMAL SMALLS, a/k/a "Poo Black," a/k/a "Mack," the defendant, participated in a telephone conversation with CC-1 during which SMALLS discussed a potential narcotics transaction involving "crack" cocaine.

(Title 21, United States Code, Section 846.)

## COUNT TWO

The Grand Jury further charges:

5. From at least in or about 2012, up through and including in or about January 2013, and on occasions other than that charged in Count Three of this Indictment, in the Southern District of New York, JAMAL SMALLS, a/k/a "Poo Black," a/k/a "Mack," and COREY HARRISON, a/k/a "Boo Banger," the defendants, and others known and unknown, during and in relation to a drug trafficking crime for which they may be prosecuted in a court of the United States, namely, the narcotics conspiracy charged in Count One of this Indictment, knowingly did use and carry firearms, and, in furtherance of such crime, did possess firearms, and did aid and abet the use, carrying, and possession of firearms, at least some of which were discharged.

(Title 18, United States Code,
Sections 924(c)(1)(A)(iii) and 2.)

## COUNT THREE

The Grand Jury further charges:

6. On or about July 26, 2012, in the Southern District of New York, JAMAL SMALLS, a/k/a "Poo Black," a/k/a "Mack," and COREY HARRISON, a/k/a "Boo Banger," the defendants, and others known and unknown, willfully and knowingly, during and in relation to a drug trafficking crime for which they may be prosecuted in a court of the United States, namely, the narcotics conspiracy charged in Count One of this Indictment,

did use and carry firearms, and, in furtherance of such crimes, did possess firearms, and did aid and abet the use, carrying, and possession of firearms, and in the course thereof did cause the death of a person through the use of a firearm, which killing is murder as defined in Title 18, United States Code, Section 1111(a), to wit, the defendants caused the death of Doniel White by discharging a firearm at White in the vicinity of East 152nd Street in the Bronx, New York.

(Title 18, United States Code,
Sections 924(j)(1) and 2.)

**FORFEITURE ALLEGATION**

7.  As a result of committing the controlled substance offense alleged in Count One of this Indictment, JAMAL SMALLS, a/k/a "Poo Black," a/k/a "Mack," and COREY HARRISON, a/k/a "Boo Banger," the defendants, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds they obtained directly or indirectly as a result of the offense and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Indictment.

Substitute Assets Provision

8.  If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

4

        a. cannot be located upon the exercise of due diligence;

        b. has been transferred or sold to, or deposited with, a third person;

        c. has been placed beyond the jurisdiction of the Court;

        d. has been substantially diminished in value; or

        e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

_____  
FOREPERSON

By: _____  
Acting United States Attorney  
Pursuant to 28 C.F.R. §0.136  
PREET BHARARA  
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

**JAMAL SMALLS,**
a/k/a "Poo Black,"
a/k/a "Mack," and
**COREY HARRISON,**
a/k/a "Boo Banger,"

**Defendants.**

---

**INDICTMENT**

S1 14 Cr. 167 (NRB)

(21 U.S.C. § 846;
18 U.S.C. §§ 924(c), 924(j) and 2.)

_____              PREET BHARARA
     Foreperson.              United States Attorney.

---

6/25/14 - Filed Indictment
aa

  Judge [signature]
     USMJ