```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
JAMAL SMALLS,

              Petitioner,
                                              O R D E R
    - against -
                                         20 Civ. 4367 (NRB)
                                         14 Cr. 167-2 (NRB)
UNITED STATES OF AMERICA,

              Respondent.
---------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Petitioner's motion requesting appointment of counsel in his petition for habeas corpus is denied at this time. We have examined the petition closely and have concluded that a hearing is not likely to be necessary to resolve the issues presented. Accordingly, since the case may fairly be heard on written submissions, the appointment of counsel is not warranted. See generally, Cooper v. A. Sargenti Co., 877 F.2d 170, 172 (2d Cir. 1989).

Dated:   New York, New York
         June 23, 2020

                                     _____
                                     NAOMI REICE BUCHWALD
                                     UNITED STATES DISTRICT JUDGE

**Petitioner (*pro se*)**

Jamal Smalls

**A copy of the foregoing Order have been mailed to the following**:

Jamal Smalls (#44425-054)

USP Hazelton

P.O. Box 2000

Bruceton Mills, WV 26525